# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

December 20, 2019

Via ECF
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: United States of America v. Marin, et al. (SDNY 18-9307)

Dear Judge Briccetti:

We represent Carla Marin and the Estate of Ana Beatriz Marin (collectively the "Estate Defendants") in the above-referenced action. We respectfully write to update the Court as to the

---

**APPLICATION DENIED.**

(1) The Court entered a discovery stay in this case at the parties' request while they were attempting to negotiate a settlement. Now that those negotiations are at an impasse, the Court sees no good reason to extend the stay, and defendants have not offered one. Therefore, defendants' request to extend the discovery stay is DENIED.
(2) To the extent defendants' letter-motion seeks any other relief, it is DENIED.
(3) The pending motion for partial dismissal will be decided in due course.
(4) The government's proposed Amended Civil Case Discovery Plan and Scheduling Order is approved and will be separately docketed. The status conference scheduled for 1/6/2020 is adjourned to 5/18/2020, at 9:30 a.m.
(5) With respect to the government's anticipated motion to amend to add New York State as a party, in light of the representations regarding same in defendants' letter, the Court expects that the parties will consent to a proposed second amended complaint without the need for formal motion practice.
(6) The government's anticipated motion to appoint a receiver shall be filed by 1/23/2020.

The Clerk is instructed to mail a copy of this Order to pro se defendants Carl F. Marin and Philip D. Marin at the addresses on the docket.

SO ORDERED:

*[signature]*

Vincent L. Briccetti, U.S.D.J.
December 23, 2019

*Copies Mailed/Faxed Chambers of Vincent L. Briccetti*