# Kostelanetz & Fink, LLP

7 World Trade Center, 34th Floor
New York, New York 10007

Washington, DC Office
601 New Jersey Avenue, NW, Suite 620
Washington, DC 20001

Tel: (202) 875-8000
Fax: (202) 844-3500

Tel: (212) 808-8100
Fax: (212) 808-8108
www.kflaw.com

March 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/20

Via ECF
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: <u>United States of America v. Marin, et al.</u> (SDNY 18-9307)

---

GRANTED IN PART and DENIED IN PART.

1. The Estate Defendants' time to oppose plaintiff's motion to appoint a receiver is extended to 4/27/2020. Plaintiff's reply, if any, shall be due 5/4/2020.

2. The Court will not stay discovery at this time. The parties are authorized to take depositions by telephone or other remote means. See Fed. R. Civ. P. 30(b)(4). Although discovery is not stayed, the Court encourages the parties to jointly request an extension of the discovery deadlines pursuant to Paragraph 1.G of the Court's Individual Practices. If the parties seek such an extension, they shall submit with their request a proposed Revised Civil Case Discovery Plan and Scheduling Order.

The Clerk is instructed to terminate the motion (Doc. #143) and mail a copy of this Order to defendant Carl Marin at the address on the docket.

SO ORDERED:

_/s/ Vincent L. Briccetti_

Vincent L. Briccetti, U.S.D.J.
March 20, 2020

---

interrogatories and requests for admission. The Estate Defendants and the United States have also actively pursued settlement of this case, which has involved multiple conversations between counsel for the parties and the Estate Defendants' submission of two formal settlement offers. The second of those offers is still under consideration by the United States.

---

[1] The current fact discovery deadline is scheduled for March 31, 2020.