UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

CARLA L. MARIN, individually and as co-executor and beneficiary of the Estate of Ana Beatriz Marin; PHILIP D. MARIN, individually and as co-executor and beneficiary of the Estate of Ana Beatriz Marin; CARL F. MARIN, individually and as beneficiary of the Estate of Ana Beatriz Marin; ESTATE OF ANA BEATRIZ MARIN; the PUTNAM COUNTY NATIONAL BANK OF CARMEL; DYKEMAN SCRAP IRON INC.; the TOWN OF SOUTHEAST; and the STATE OF NEW YORK,

                Defendants.

18 Civ. 9307 (VB)

PARTIAL FINAL **JUDGMENT**

---

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff the United States of America (the "United States") shall have a final judgment on Count I of the United States' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 54 against defendants the Estate of Ana Beatriz Marin (the "Estate") and Carla L. Marin, in her capacity as executor of the Estate, in the amount of $3,068,094.98 as of June 1, 2020, with interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment; and the United States shall have execution therefor.

In light of the circumstances of this proceeding, the Court determines in the exercise of its discretion, and in the interests of sound judicial administration and efficiency, that there is no

just reason for delay and directs the entry of this partial final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SO ORDERED:

_____
HON. VINCENT L. BRICCETTI
United States District Judge

Dated: 6/2/2020