

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

---

Via ECF
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street, Room
White Plains, New York 106

Re: United States

Dear Judge Briccetti:

This Office represent
the above-referenced action
Marin (the "Estate"). I write
order dated October 2, 2020,
accordance with the terms o
management conference sch

At this time, the Unit
under paragraph 4 of the Stipulation and Order, Dkt. No. 163 ("Stipulation").[2] Additionally, at this time, the Estate Defendants have sent federal income tax returns to the United States for the tax periods required under paragraph 5 of the Stipulation. Those returns have been forwarded for further review and processing by the Internal Revenue Service.

Under paragraph 14 of the Stipulation, the United States has circulated a stipulation to dismiss the action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to all parties who have appeared and intends to file it once it receives the signatures of the parties.

Last, the United States respectfully submits that there no longer appears to be a need for the case management conference scheduled for October 14, 2020, at 11:00 a.m., *see* Dkt. No. 169, and therefore requests that the conference be adjourned *sine die*.

> MEMORANDUM ENDORSEMENT.
>
> The 10/14/2020 conference is adjourned without date.
>
> By 10/27/2020, the settling parties shall file either a proposed stipulation of dismissal or a further update regarding the status of settlement.
>
> Chambers will mail a copy of this Order to pro se defendant Carl F. Marin at the address on the docket.
>
> The Clerk is instructed to terminate the letter-motion. (Doc. #172).
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.
> October 13, 2020

---

[1] I circulated a draft of this letter to counsel for the State of New York this afternoon, but had not received a response regarding New York's joinder as of the time of filing this evening.

[2] New York previously confirmed that it received the settlement amount. *See* Dkt. No. 166 (joint letter dated Sept. 10, 2020).



Page 2

Thank you for your consideration of this matter.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          Acting United States Attorney
                          Southern District of New York

By:    /s/ Samuel Dolinger
        SAMUEL DOLINGER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2677
        E-mail: samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)
    Carl F. Marin (via e-mail)